**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01270-CV

**REGINA DELL BROWN AND GWENDOLYN GABRIEL, Appellants**

**V.**

**MERRY OUTLAW, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06513**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 5,

2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     ELIZABETH LANG-MIERS
        PRESIDING JUSTICE